IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ADAM TITUS, R43512, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 17-4004-SEM-TSH |
| | ) | |
| JACOB McDONALD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT MCDONALD'S SECOND SUPPLEMENTAL ANSWERS TO PLAINTIFF'S INTERROGATORIES AND RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS

NOW COMES the Defendant, JACOB MCDONALD, by and through his attorney, KWAME RAOUL, Attorney General of the State of Illinois, and for his Second Supplemental Answers to Plaintiff's Interrogatories and Responses to Requests for Production of Documents, with the supplemental responses **bolded and underlined**, states as follows:

1. Identify all Illinois Department of Corrections personnel who was assigned to the unit where plaintiff was at the time of the incident of August 10, 2016 of the 7:00 a.m. to 3:00 p.m. shift. Please provide the full name, badge number and current placement if no longer employed by the Illinois Department of Corrections.

**ANSWER:** Defendant has no independent knowledge with regard to this request. According to information provided to undersigned counsel by IDOC, the records sought were destroyed on or around August 10, 2018, pursuant to IDOC's 2-year record retention policy. [Exhibit 1 – Bates #189 – McLaughlin Affidavit].

**SECOND SUPPLEMENTAL RESPONSE 8-16-19: Defendants refer Plaintiff to the Housing Unit Equipment and Chronological Log from Plaintiff's housing unit on August 10, 2016, Bates stamped document #000200 and attached hereto. Defendants**

1

**further identify the individuals contained therein as the following:**

a. **Correctional Officer Jared Miller**

b. **Correctional Officer Robert Burgess**

c. **Correctional Officer Todd Fowlks**

d. **Correctional Officer Jacob McDonald**

e. **Correctional Officer Corey Smith**

f. **Correctional Officer Jacob Taylor**

g. **Correctional Officer Timothy Carlson**

h. **Correctional Officer Ronnie Ince**

i. **Correctional Officer John Livingston**

j. **Correctional Officer Taylor Humes**

k. **Correctional Officer Blaze Burford**

l. **Correctional Officer Lee Gurley**

2. Identify all inmates in the cells in front and the left and right side of plaintiff's cell on the date of August 10, 2016 on the 7:00 a.m. to 3:00 p.m. shift time. Please provide the full name and identification number and current placement.

**ANSWER: Defendant refers Plaintiff to housing information from Plaintiff's housing unit for the pertinent time period of August 10, 2016, attached hereto and Bates stamped No. 190-191. Pursuant to a search on the Illinois Department of Corrections Offender Search website, the following status of the offenders is as follows:**

m. Derrrick Nelson – Paroled and discharged

n. Romello Palmer – Paroled and discharged

o. Sharell Brown – Paroled District 1

2

p.  Antwan Turner – Currently housed at Hill Correctional Center

8/8/19 SUPPLEMENTAL RESPONSE: Defendant refers Plaintiff to records indicating individuals who were housed in cells S:01:15, S:01:16, and S:01:17 at Hill Correctional Center on August 10, 2018, located across from cell S:01:24, where Plaintiff was housed. The records are Bates stamped #000192-000199 and attached hereto. The records include the housing unit history for the below-named offenders. Pursuant to those records and a search of the Illinois Department of Corrections Offender Search website, the status of the offenders listed in Bates stamped documents #000192-000199 is as follows:

    a. Thomas Gaddy – Paroled and discharged

    b. Walter L. West – Paroled and discharged

    c. Johnathan R. Watson – Currently housed at Centralia Correctional Center

    d. James F. Maddox – Currently housed at Danville Correctional Center

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

1.  All documents which support or relate to the Interrogatories 1, 2.

RESPONSE: Defendant refers Plaintiff to housing information from Plaintiff's housing unit for the pertinent time period of August 10, 2016, attached hereto and Bates stamped No. 190-191.

8/8/19 SUPPLEMENTAL RESPONSE: Defendant refers Plaintiff to records indicating individuals who were housed in cells S:01:15, S:01:16, and S:01:17 at Hill Correctional Center on August 10, 2018, located across from cell S:01:24, where

**Plaintiff was housed. The records are Bates stamped #000192-000199 and attached hereto.**

Respectfully submitted,

JACOB MCDONALD

Defendant,

Megan A. Ditzler, #6318052
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 557-0261 Phone
(217) 524-5091 Fax
Email: mditzler@atg.state.il.us

KWAME RAOUL, Illinois Attorney General,

Attorney for Defendant,

By:_███████████████_
Megan A. Ditzler
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM TITUS, R43512, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 17-4004-SEM-TSH |
| JACOB McDONALD, et al., | ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

Megan Ditzler, Assistant Attorney General, herein certifies that the foregoing document, *Defendant McDonald's Second Supplemental Answers to Plaintiff's Interrogatories and Response to Requests for Production of Documents* and Bates stamped documents #00020, have been served upon:

Adam Titus, #R43512
Stateville Correctional Center
Inmate Mail/Parcels
PO Box 112
Joliet, IL 60434

by causing to be mailed a copy of same, in a correctly addressed prepaid envelope, to be deposited in the United States mail in Springfield, Illinois on August 16, 2019.

Megan Ditzler
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 557-0261 Phone
(217) 524-5091 Fax
Email: mditzler@atg.state.il.us

5

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ADAM TITUS, R43512, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. 17-4004-SEM-TSH |
| JACOB McDONALD, et al., | ) ) ) | |
| Defendants. | ) | |

## DEFENDANT SMITH'S SECOND SUPPLEMENTAL ANSWERS TO PLAINTIFF'S INTERROGATORIES AND RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS

NOW COMES the Defendant, COREY SMITH, by and through his attorney, KWAME RAOUL, Attorney General of the State of Illinois, and for his Second Supplemental Answers to Plaintiff's Interrogatories and Responses to Requests for Production of Documents, with the supplemental responses **bolded and underlined**, states as follows:

1. Identify all Illinois Department of Corrections personnel who was assigned to the unit where plaintiff was at the time of the incident of August 10, 2016 of the 7:00 a.m. to 3:00 p.m. shift. Please provide the full name, badge number and current placement if no longer employed by the Illinois Department of Corrections.

**ANSWER:** **Defendant has no independent knowledge with regard to this request. According to information provided to undersigned counsel by IDOC, the records sought were destroyed on or around August 10, 2018, pursuant to IDOC's 2-year record retention policy. [Exhibit 1 – Bates #189 – McLaughlin Affidavit].**

**SECOND SUPPLEMENTAL RESPONSE 8-16-19: Defendants refer Plaintiff to the Housing Unit Equipment and Chronological Log from Plaintiff's housing unit on August 10, 2016, Bates stamped document #000200 and attached hereto. Defendants**

1

<u>further identify the individuals contained therein as the following:</u>

    a.    <u>Correctional Officer Jared Miller</u>

    b.    <u>Correctional Officer Robert Burgess</u>

    c.    <u>Correctional Officer Todd Fowlks</u>

    d.    <u>Correctional Officer Jacob McDonald</u>

    e.    <u>Correctional Officer Corey Smith</u>

    f.    <u>Correctional Officer Jacob Taylor</u>

    g.    <u>Correctional Officer Timothy Carlson</u>

    h.    <u>Correctional Officer Ronnie Ince</u>

    i.    <u>Correctional Officer John Livingston</u>

    j.    <u>Correctional Officer Taylor Humes</u>

    k.    <u>Correctional Officer Blaze Burford</u>

    l.    <u>Correctional Officer Lee Gurley</u>

2.    Identify all inmates in the cells in front and the left and right side of plaintiff's cell on the date of August 10, 2016 on the 7:00 a.m. to 3:00 p.m. shift time. Please provide the full name and identification number and current placement.

**ANSWER: Defendant refers Plaintiff to housing information from Plaintiff's housing unit for the pertinent time period of August 10, 2016, attached hereto and Bates stamped No. 190-191. Pursuant to a search on the Illinois Department of Corrections Offender Search website, the following status of the offenders is as follows:**

    m.    **Derrrick Nelson – Paroled and discharged**

    n.    **Romello Palmer – Paroled and discharged**

    o.    **Sharell Brown – Paroled District 1**

p. Antwan Turner – Currently housed at Hill Correctional Center

8/8/19 SUPPLEMENTAL RESPONSE: Defendant refers Plaintiff to records indicating individuals who were housed in cells S:01:15, S:01:16, and S:01:17 at Hill Correctional Center on August 10, 2018, located across from cell S:01:24, where Plaintiff was housed. The records are Bates stamped #000192-000199 and attached hereto. The records include the housing unit history of the below-named offenders. Pursuant to those records and a search of the Illinois Department of Corrections Offender Search website, the status of the offenders listed in Bates stamped documents #000192-000199 is as follows:

  a. Thomas Gaddy – Paroled and discharged

  b. Walter L. West – Paroled and discharged

  c. Johnathan R. Watson – Currently housed at Centralia Correctional Center

  d. James F. Maddox – Currently housed at Danville Correctional Center

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

1. All documents which support or relate to the Interrogatories 1, 2.

RESPONSE: Defendant refers Plaintiff to housing information from Plaintiff's housing unit for the pertinent time period of August 10, 2016, attached hereto and Bates stamped No. 190-191.

8/8/19 SUPPLEMENTAL RESPONSE: Defendant refers Plaintiff to records indicating individuals who were housed in cells S:01:15, S:01:16, and S:01:17 at Hill Correctional Center on August 10, 2018, located across from cell S:01:24, where

**Plaintiff was housed. The records are Bates stamped #000192-000199 and attached hereto.**

Respectfully submitted,

COREY SMITH

Defendant,

KWAME RAOUL, Illinois Attorney General,

Attorney for Defendant,

By: ███████████████
    Megan A. Ditzler
    Assistant Attorney General

Megan A. Ditzler, #6318052
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 557-0261 Phone
(217) 524-5091 Fax
Email: mditzler@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM TITUS, R43512, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 17-4004-SEM-TSH ) |
| JACOB McDONALD, et al., | ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

Megan Ditzler, Assistant Attorney General, herein certifies that the foregoing document, *Defendant Smith's Second Supplemental Answers to Plaintiff's Interrogatories and Response to Requests for Production of Documents* and Bates stamped documents #000200, have been served upon:

Adam Titus, #R43512
Stateville Correctional Center
Inmate Mail/Parcels
PO Box 112
Joliet, IL 60434

by causing to be mailed a copy of same, in a correctly addressed prepaid envelope, to be deposited in the United States mail in Springfield, Illinois on August 16, 2019.

Megan Ditzler
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 557-0261 Phone
(217) 524-5091 Fax
Email: mditzler@atg.state.il.us

5

# Illinois Department of Corrections
## Housing Unit Equipment & Chronological Log
### Hill Correctional Center

Date: 8/10/16　　　　　Housing Unit: OR/Seg

| 7-3 CONTROL C/O | IN | OUT | 3-11 CONTROL C/O | IN | OUT | 11-7 CONTROL C/O | IN | OUT |
|---|---|---|---|---|---|---|---|---|
| Miller | 7 | 715 | Tanner | 3 | | Humes | 11 | 7 |
| B-7-11 | 715 | | | | | | | |

| 7-3 MEAL RELIEF | IN | OUT | 3-11 MEAL RELIEF | IN | OUT | 11-7 MEAL RELIEF | IN | OUT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 7-3 ZONE SGT | IN | OUT | 3-11 ZONE SGT | IN | OUT | 11-7 ZONE SGT | IN | OUT |
|---|---|---|---|---|---|---|---|---|
| (signature) | | | | | | | | |

| 7-3 ZONE LT | IN | OUT | 3-11 ZONE LT | IN | OUT | 11-7 ZONE LT | IN | OUT |
|---|---|---|---|---|---|---|---|---|
| | | | | 72 | 75 | | | |

### 7-3 KEY TRANSFER / 3-11 KEY TRANSFER / 11-7 KEY TRANSFER

| INT | RING# | KEYS | OUT | IN | INT | RING# | KEYS | OUT | IN | INT | RING# | KEYS | OUT | IN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JF | OR Mast | 14 | 7 | | RT | OR mast | 14 | 3 | | BB | Seg 1 / 1342 Mast | 14/15 | 11 | 7 |
| JM | | | | | JL | Seg 2 | 14 | 3 | | LG | 134m | 140 | 11 | 7 |
| CS | | | | | TC | Seg 1 | 15 | 3 | | LG | Seg 5 | | | 11 | 7 |
| | | | | | | | | | | BB | Seg 6 | | | 11 | 7 |

### 7-3 RADIO TRANSFER / 3-11 RADIO TRANSFER / 11-7 RADIO TRANSFER

| RADIO # | OUT | IN | NAME | RADIO # | OUT | IN | NAME | RADIO # | OUT | IN | NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2466 | 7 | | Folks | 2466 | 3 | | Carlson | 67 | 11 | 7 | Burbot |
| 2467 | 7 | | Smith | 2467 | 3 | | Livingston | 65 | 11 | 7 | Gurley |
| 2465 | 7 | | McDonald | 65 | 3 | | Inez | | | | |

### INVENTORY

| 7-3 CONTROL C/O | BEG # | END # | 3-11 CONTROL C/O | BEG # | END # | 11-7 CONTROL C/O | BEG # | END # |
|---|---|---|---|---|---|---|---|---|
| HAND CUFFS | 18 | | HAND CUFFS | 18 | | HAND CUFFS | 18 | 18 |
| FLEX CUFFS | 110 | | FLEX CUFFS | 110 | | FLEX CUFFS | 110 | 110 |
| KNIFE FOR LIFE | 1 | | KNIFE FOR LIFE | 1 | | KNIFE FOR LIFE | 1 | 1 |
| OC (MK9'S) | 1/3 | | OC (MK9'S) | 1/3 | | OC (MK9'S) | 1/3 | 1/3 |
| FLASH/MAG LIGHTS | 2 | | FLASH/MAG LIGHTS | 2 | | FLASH/MAG LIGHTS | 2 | 2 |
| MEGAPHONE | 1 | | MEGAPHONE | 1 | | MEGAPHONE | 1 | 1 |
| METAL DETECTOR | 1 | | METAL DETECTOR | 1 | | METAL DETECTOR | 1 | 1 |
| LANTERN | 0 | | LANTERN | 0 | | LANTERN | 0 | 0 |
| WATER KEY | | | ~~WATER KEY~~ | | | WATER KEY | | |
| HOSE NOZZLE | | | ~~HOSE NOZZLE~~ | | | HOSE NOZZLE | | |
| Waist chains | 4 | | WC | 4 | | waist | 4 | 4 |
| Leg Irons | 4 | | Leg Irons | 4 | | leg | 4 | 4 |
| Lead chains | 23 | | Lead Chains | 23 | | lead | 23 | 23 |

Titus v. McDonald, et al. (17-4004) IDOC Document No.000200

HIL 0166　Effective