E-FILED
Friday, 01 November, 2019 04:17:29 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM TITUS #R-43512, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 17-4004-SEM-TSH |
| JACOB A. McDONALD, et al., | ) |
| Defendants. | ) |

## NOTICE OF COMPLIANCE

NOW COME the Defendants, JACOB McDONALD and COREY SMITH, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, and hereby file their notice of compliance with the Court's September 27, 2019 Text Order, stating as follows:

1. On January 9, 2017, Plaintiff, Adam Titus (#R-45312), an inmate within the Illinois Department of Corrections ("IDOC") currently housed at Stateville Correctional Center, filed the instant matter pursuant to 42 U.S.C. § 1983.

2. On February 23, 2017, the Court found Plaintiff successfully stated claims for excessive force, failure to intervene, and deliberate indifference to Plaintiff's need for medical treatment. [Doc. 5, p. 2].

3. On September 26, 2019, the Court held a show cause and sanctions hearing. The Plaintiff's motions for sanctions [Docs. 82 & 88] were denied. [September 27, 2019 Text Order].

4. During that same hearing, Defendants were ordered to inform the Court of how the IDOC's 18-month to 2-year retention policy will be revised to ensure that relevant documents are not destroyed prior to the two-year statute of limitations for cases brought pursuant to 42 U.S.C. § 1983, such as the instant matter. [September 27, 2019 Text Order].

5. Pursuant to that Order, Defendants notified non-party IDOC about the Court's order of September 27, 2019, pertaining to its record retention policy. The Defendants have no further ability to make changes to IDOC's policy.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Court find them in compliance with its September 27, 2019 Text Order.

Respectfully submitted,

JACOB McDONALD and COREY SMITH,

Defendants,

KWAME RAOUL, Attorney General,
State of Illinois

Megan Ditzler, #6318052
Assistant Attorney General           Attorney for Defendants
500 South Second Street
Springfield, Illinois 62701
(217) 557-0261 Phone            By: s/ Megan Ditzler
(217) 524-5091 Fax                   Megan Ditzler
Email: mditzler@atg.state.il.us      Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ADAM TITUS #R-43512, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.   17-4004-SEM-TSH |
| | ) | |
| JACOB A. McDONALD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2019, the foregoing, *Notice of Compliance*, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

NONE

and I hereby certify that on the same date, a copy of the foregoing document was mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Adam Titus, #R-43512
Stateville Correctional Cent
Inmate Mail/Parcels
PO Box 112
Joliet, IL  60434

Respectfully submitted,

   s/Megan Ditzler
Megan Ditzler, #6318052
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 557-0261 Phone
(217) 524-5091 Fax
mditzler@atg.state.il.us